July 20, 2015

Fernando Rodriguez JR
T.D.C #1858563
Telford Unit
3899 State Hwy 98
New Boston Tx 75570

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JUL 27 PM 1:00
Keith E. Hottle
KEITH E. HOTTLE, CLERK

Re: Court of Appeale Number: 04-13-00187-CR
Trial Court Case Number: 2011-CRN-531-D3
Style Fernando Rodriguez JR
V.
The State of Texas

Vol. 34 - 75 pgs.

I have receive Your letter on July-20-2005. Your Respons was. the cost for the Clerk's Record and reporter's record cause is 1,375.00 But Im not Asking for all that. Im Asking for the copy of my P.D.R. Petition for Discretionary Review and the Reporter's record only Volume 34. I send a letter to the Court of Criminal Appeals of Texas in Austin and Ask for the copy of my P.D.R and they Respond was they Have send it to Fourth court of Appels to Storage with the Cleck Record, cleck Reporter's Record and the Brief for the Direk Appel and I want to Know How much is the cost for a Completed Copy of my P.D.R including the Exibets. and I will like to only Buy the cleck Reporter Record volume 34 motion for New Trial. Pleas Sen me a total Amant for the copy of Both the P.D.R Incluing the Exibet and Reporters Record volume 34   A.S.A.P

                              Thank you

                              [signature]

                              7-20-15

c/c

Fernando Rodriguez #1858563
Telford unit
3899 State Hwy 98
New Boston, TX 75570

Leon/

SHREVEPORT LA 710

22 JUL 2015 PM 2 L

Court of Appeals
Fourth court of Appeals
300 Dolorosa, Suite 3200
San Antonio, Texas